# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Utech Properties, LLC**

Debtor(s)

Case No.

Chapter    **11**

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP

☐    **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:

Address:

**(For additional names, attach an addendum to this form)**

■    **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    **June 19, 2014**

**/s/ Duane Utech**

Signature of Authorized Individual
For Corporation Debtor

**Duane Utech**

Print Name

**Owner**

Title